UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DIANNE BEAR KING LUCAS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>Defendant. | CASE NO. 4:21-cv-00070-PPS-JEM<br><br>Judge Philip P. Simon<br>Magistrate Judge John E Martin |

**NOTICE OF SETTLEMENT AND JOINT MOTION
TO VACATE CASE MANAGEMENT AND DISCOVERY DEADLINES
AND TO WITHDRAW PENDING DISCOVERY MOTION WITHOUT PREJUDICE**

Plaintiff Diane Bear King Lucas and Defendant Synchrony Bank (collectively, the "Parties") are pleased to report that during their August 30, 2022 mediation with Bruce Friedman of JAMS, they agreed in principle to a class settlement, subject to ultimate approval by this Court pursuant to Federal Rule of Civil Procedure 23(e). A memorandum of understanding has been prepared and was signed on September 7, 2022, but additional documentation is necessary to effectuate the settlement. The Parties anticipate that a motion for preliminary approval of the settlement will be filed by September 30, 2022.

Accordingly, the Parties jointly request that all case management and discovery deadlines be vacated and that Plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories [Dkt. # 32] be withdrawn without prejudice.

The current case management deadlines pertain to class certification proceedings and related discovery. No trial date has yet been set in this matter and no deadlines have been set for the filing of dispositive motions. Thus, granting the requested relief will not occasion any undue delay, but to the contrary will enable the Parties to focus their efforts on matters pertaining to

seeking settlement approval and giving such notices of the proposed settlement as are required by law.  See 28 U.S.C. § 1715(d); Fed. R. Civ. P. 23(e)(1).

For the Court's convenience, the Parties have attached a proposed order as Exhibit A.

Dated:  September 9, 2022

/s/ Stephen J. Newman
Stephen J. Newman
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Floor 18
Los Angeles, California, 90067
Phone: (310) 556-5800
snewman@stroock.com

and

Robert J. Schuckit
SHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana, 46077
Phone: (317) 363-2400
rschuckit@schuckitlaw.com

*Attorneys for Defendant Synchrony Bank*

Dated:  September 9, 2022

/s/ Aaron Radbil
Aaron Radbil (pro hac vice application filed)
GREENWALD DAVIDSON RADBIL PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
aradbil@gdrlawfirm.com

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

/s/ Max S. Morgan
Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
max.morgan@theweitzfirm.com

*Attorneys for Plaintiff Diane Bear King Lucas*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document has been served this 9th day of September, 2022, by electronically filing the same with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Anthony I. Paronich, Esquire
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Aaron D. Radbil (pro hac vice application to be filed)
GREENWALD DAVIDSON RADBIL PLLC
401 Congress Avenue, Suite
1540 Austin, Texas 78701
Tel: (512) 803-1578
aradbil@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 550
Boca Raton, Florida 33431
Tel: (561) 826-5477
mgreenwald@gdrlawfirm.com

STROOCK & STROOCK & LAVAN LLP

s/ Stephen J. Newman
Stephen J. Newman

LA 52694415