UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DIANE BEAR KING LUCAS, on behalf of herself and others similarly situated )<br>      Plaintiff, )<br>                                                    )<br>      v.                                           )<br>                                                    )<br>SYNCHRONY BANK,                  )<br>      Defendant.                           ) | CAUSE NO.: 4:21-CV-70-PPS-JEM |

### ORDER

This matter is before the Court on a Notice of Settlement and Joint Motion to Vacate Case Management and Discovery Deadlines and to Withdraw Pending Discovery Motion Without Prejudice [DE 37], filed by the parties on September 9, 2022. The parties represent that they have reached a settlement in principle in this case and request that the pending motions and deadlines be vacated while they complete the documentation process.

Accordingly, the Court hereby **GRANTS** the Notice of Settlement and Joint Motion to Vacate Case Management and Discovery Deadlines and to Withdraw Pending Discovery Motion Without Prejudice [DE 37] and **ORDERS** that the Motion to Compel [DE 32] is hereby **WITHDRAWN** and discovery and all deadlines in this case are currently **STAYED**. The Court **ORDERS** Plaintiff to file a motion for preliminary approval of the proposed class action settlement by **September 30, 2022**.

SO ORDERED this 12th day of September, 2022.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:     All counsel of record