UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DIANNE BEAR KING LUCAS, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CAUSE NO. 4:21CV70-PPS/JEM |
| SYNCHRONY BANK, | ) ) ) |
| Defendant. | ) |

## ORDER

Following a conference with counsel on November 4, 2022 [DE 43] and the filing of various amendments to address the court's concerns, plaintiff Dianne Bear King Lucas's Unopposed Motion to Certify Class and for Preliminary Approval of Class Action Settlement [DE 40] is GRANTED, as indicated in the separately-filed Order Conditionally Certifying Class and Preliminarily Approving Settlement.

**SO ORDERED.**

Dated this 18th day of November, 2022.

       /s/ Philip P. Simon          _
Hon. Philip P. Simon
United States District Court