AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DIANNE BEAR KING LUCAS
*on behalf of herself and all others similarly situated*
    Plaintiff

v.   Civil Action No. 4:21-cv-70

SYNCHRONY BANK
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED pursuant to the Final Judgment and Order of Dismissal entered in this case on April 25, 2023.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Philip P Simon on the Consent Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Costs, Litigation Expenses and a Service Award.

DATE:  4/27/2023                    CHANDA J. BERTA, CLERK OF COURT

                                         by   /s/ S. Kowalsky
                                             *Signature of Clerk or Deputy Clerk*